# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-31252 BJH | **Trustee:** (631510)   DIANE G. REED |
| **Case Name:** TANDY BRANDS ACCESSORIES, INC. | **Filed (f) or Converted (c):** 03/11/14 (f) |
| | **§341(a) Meeting Date:** 05/21/14 |
| **Period Ending:** 07/24/19 | **Claims Bar Date:** 09/17/14 |

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | A/R (not Walmart or Ross) | 0.00 | 348,872.19 | | 34,801.40 | FA |
| 2 | Insurance premium refund  (u)<br>    United HealthCare Premium refund | 0.00 | 6,802.64 | | 6,802.64 | FA |
| 3 | Pitney Bowes account refund  (u)<br>    Pitney Bowes account deposit refund | 0.00 | 476.76 | | 476.76 | FA |
| 4 | Salus - return of reserve deposit | 379,688.86 | 379,688.86 | | 379,688.66 | FA |
| 5 | Stock Certificates  (u)<br>    Topps & Trowsers--296 shares; Duckwall-Alco<br>Stores--6 shares; Duckwall-Alco Stores--4 shares;<br>Gulf+Western--4 shares; Lot$off Corp.--1,895 shares;<br>ACA Joe--340 shares; WCI Holdings Corp.--1 share;<br>Topps & Trowsers--2741 shares. | 0.00 | 1,000.00 | | 0.00 | FA |
| 6 | Source Gas refund check  (u)<br>    Refund of deposit/overpayment to Sourcegas Arkansas,<br>Inc. | 0.00 | 259.23 | | 259.23 | FA |
| 7 | 2012 State of California tax refund  (u) | 0.00 | 2,577.00 | | 2,577.00 | FA |
| 8 | Bank of America bank account funds  (u)<br>    Acct ....5765-$254,755.05; Acct ....5778-$50.00. | 256,592.71 | 254,805.05 | | 254,805.05 | FA |
| 9 | American Express credit balance refund  (u) | 77.49 | 77.49 | | 77.49 | FA |
| 10 | Inventory - belts, wallets, suspenders, etc.  (u) | 2,080,750.14 | 40,250.00 | | 45,232.00 | FA |
| 11 | State of Florida corporate tax refund  (u) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 12 | Return premiums  (u) | 10,531.25 | 10,531.25 | | 10,531.25 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-31252 BJH

**Case Name:** TANDY BRANDS ACCESSORIES, INC.

**Period Ending:** 07/24/19

**Trustee:** (631510)    DIANE G. REED

**Filed (f) or Converted (c):** 03/11/14 (f)

**§341(a) Meeting Date:** 05/21/14

**Claims Bar Date:** 09/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Cancellation of California Automobile Policy - $358.00;<br>12/13 Ocean Cargo Profit Sharing - $10,173.25 | | | | | |
| 13 | 2013 State of NC corporate income tax refund  (u) | 380.04 | 380.04 | | 380.04 | FA |
| 14 | Computer equipment and forklift | 0.00 | 0.00 | | 11,500.00 | FA |
| 15 | 500 & 502 Airport Road, Yoakum TX | 910,000.00 | 910,000.00 | | 745,000.00 | FA |
| 16 | Petty cash<br>  These funds were deposited into Bank of America and<br>are accounted for in that asset -- #8. | 777.00 | 777.00 | | 0.00 | FA |
| 17 | N. Am. Logistics Investors Security Deposit<br>  3631 West Davis St., Dallas TX security deposit | 126,556.39 | 126,556.39 | | 0.00 | FA |
| 18 | 100% interest TBAHandbags & TBAC Invest Trust  (u)<br>  Entire 100% interest in Tandy Brands Accessories<br>Handbag, Inc. and TBAC Investment Trust, wholly-owned<br>subsidiaries -- value $0.00. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | A/R Walmart and Ross Stores | 1,473,804.86 | 1,473,804.86 | | 1,153,025.44 | FA |
| 20 | Wells Fargo Checking account  (u)<br>  Acct. # 4124304932 | 0.00 | 0.00 | | 631.96 | FA |
| 21 | Atmos Energy Corporation refund | 3,235.09 | 881.54 | | 3,235.09 | FA |
| 22 | Potential avoidance claims  (u) | 0.00 | 1,000.00 | | 0.00 | FA |
| 23 | Residual proceeds from sale of HA Sheldon Canada  (u) | 5,804.53 | 5,804.53 | | 5,804.53 | FA |
| 24 | Claim in Appleseed litigation, Delaware  (u) | 9.19 | 9.19 | | 9.19 | FA |

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 14-31252 BJH
**Case Name:** TANDY BRANDS ACCESSORIES, INC.

**Period Ending:** 07/24/19

**Trustee:** (631510)    DIANE G. REED
**Filed (f) or Converted (c):** 03/11/14 (f)
**§341(a) Meeting Date:** 05/21/14
**Claims Bar Date:** 09/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | AT&T class action settlement  (u) | 3.78 | 3.78 | | 309.94 | FA |
| 26 | Pitney Bowes account refund  (u) | 968.99 | 968.99 | | 968.99 | FA |
| 27 | UHC account  (u) | 7,718.94 | 7,718.94 | | 7,718.94 | FA |
| 28 | State of MN refund  (u) | 490.00 | 490.00 | | 490.00 | FA |
| 29 | Settlement proceeds Walmart/Tandy vendor accoun  (u) | 0.00 | 0.00 | | 355,198.26 | FA |
| 30 | Computershare dividend shares  (u) | 357.31 | 357.31 | | 357.31 | FA |
| 31 | Intellectual property  (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 32 | Texas Gas Service credit balance refund  (u) | 285.09 | 285.09 | | 570.18 | FA |
| 33 | Distribution in Drug Fair Group litigation  (u) | 987.72 | 987.72 | | 987.72 | FA |
| 34 | Refund from Customs Border Protection  (u) | 187.60 | 187.60 | | 187.60 | FA |
| 35 | MHBT premium refund  (u) | 197.47 | 197.47 | | 337.47 | FA |
| 36 | Texas Comptroller franchise tax refund  (u) | 1,534.58 | 1,534.58 | | 1,534.58 | FA |
| 37 | AT&T account balance credit  (u) | 51.57 | 51.57 | | 51.57 | FA |
| 38 | ATTM class action settlement payment  (u) | 305.54 | 305.54 | | 424.21 | FA |
| 39 | Avoidance and recovery of post-pet transfers  (u) | 1,000.00 | 1,000.00 | | 550,000.00 | FA |
| 40 | Turnover of remainder of RAS retainer acccount  (u) | 38,692.50 | 38,692.50 | | 38,692.50 | FA |
| 41 | Refund of HSSK retainer balance  (u) | 2,715.00 | 2,715.00 | | 2,715.00 | FA |
| 42 | Potential D&O action  (u) | 0.00 | 1,000.00 | | 3,820,000.00 | FA |
| 43 | PayCom Refund of credit balance  (u) | 1,942.24 | 1,942.24 | | 1,942.24 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 14-31252 BJH |
| **Case Name:** | TANDY BRANDS ACCESSORIES, INC. |
| **Period Ending:** | 07/24/19 |

| | |
|---|---|
| **Trustee:** | (631510)    DIANE G. REED |
| **Filed (f) or Converted (c):** | 03/11/14 (f) |
| **§341(a) Meeting Date:** | 05/21/14 |
| **Claims Bar Date:** | 09/17/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 44 | Remnant assets  (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 45 | Refund from US Treasury  (u)<br>    USF Payment #11-10577  In re: The Rugged Bear<br>    Company | 1,555.29 | 1,555.29 | | 1,555.29 | FA |
| 46 | Texas Unclaimed Property refund  (u) | 64,429.92 | 64,429.92 | | 64,429.92 | FA |
| **46** | **Assets**          **Totals** (Excluding unknown values) | **$5,395,131.09** | **$3,712,477.56** | | **$7,526,809.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

   7/17/19 -- Trustee is currently holding $3,741,081.90 in the trust account.  Trustee's Final Report was submitted to the UST on July 9, 2019.

**Initial Projected Date Of Final Report (TFR):**  March 31, 2015          **Current Projected Date Of Final Report (TFR):**  July 9, 2019  (Actual)